UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80106-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HERMANN J. DIEHL,

        Defendant.
_____/

**ORDER ON MOTION FOR JUDICIAL RECOMMENDATION**

THIS CAUSE is before the Court upon Defendant's Motion Requesting Judicial Recommendation concerning Length of Residential Reentry Center Placement **[DE 1944]**. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED as follows: The Bureau of Prisons is in the best position to determine whether Defendant should be allowed a 12 month placement in a halfway house or other transitional facility. This Court does not have sufficient information to make an affirmative recommendation in this regard. However, this Court is not aware of any information that would suggest Defendant should not be granted such relief by the Bureau of Prisons, and the Court has no objection to the Bureau of Prisons granting Defendant such relief.

DONE and ORDERED in West Palm Beach, Florida, this 28th day of June, 2019.

KENNETH A. MARRA
United States District Judge

Copies provided to:

    All counsel